LAWRENCE L. SZABO (CASB No. 83974)
3608 Grand Avenue
Oakland, CA 94610
Tele: 510-834-4893
Fax: 510-834-9220
*szabo@sbcglobal.net*

HOOLE & KING
Lester A. Perry (Utah Bar No.2571)
4276 South Highland Drive
Salt Lake City, Utah 84124
Tele: 801-272-7556
Fax: 801-272-7557
*lap@hooleking.com*

Attorneys for Plaintiff, David Keyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KEYES, on Behalf of Himself and All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>SECURITY CHECK, LLC; HALL & ASSOCIATES, P.L.L.C.; EDWARD R. HALL; and STEVEN B. ROTHSCHILD,<br><br>  Defendants. | Case No. C 07-03598 JL |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 25, 2007

                                                            /s/ Lawrence L. Szabo
                                                   LAWRENCE L. SZABO
                                                   Attorney for Plaintiff