1   Mark E. Ellis – 127159
    Kimberly E. Lewellen - 243663
2   Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP
    555 University Avenue, Suite 200
3   Sacramento, CA  95825
    Tel: (916) 565-0300
4   Fax: (916) 565-1636

5   Attorneys for Defendants SECURITY CHECK, LLC; HALL & ASSOCIATES; AND EDWARD R.
    HALL
6

7                       UNITED STATES DISTRICT COURT

8       FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

9

10                                                      Civil Action No.:  C07-03598 JL
    DAVID KEYES, on Behalf of Himself and All
11  Others Similarly Situated,
                                                        **DEFENDANTS SECURITY CHECK,**
12          Plaintiff,                                  **LLC, HALL & ASSOCIATES AND**
                                                        **EDWARD R. HALL'S ANSWER TO**
13  v.                                                  **PLAINTIFF'S COMPLAINT**

14  SECURITY CHECK, LLC; HALL &
    ASSOCIATES, P.L.L.C.; EDWARD R. HALL; and
15  STEVEN B. ROTHSCHILD,

16          Defendants.

17

18          Defendants SECURITY CHECK, LLC; HALL & ASSOCIATES; EDWARD R. HALL hereby

19  respond to plaintiff's complaint.

20          1.      As to paragraph one, Defendants admit the Court has jurisdiction pursuant to 15 U.S.C.

21  § 1692k.   Defendants lack sufficient information or belief to enable them to admit or deny the

22  remaining allegations, and on that basis, deny all allegations therein

23          2.      As to paragraph two, Defendants lack sufficient information or belief to enable them to

24  admit or deny the remaining allegations, and on that basis, deny all allegations therein.

25          3.      As to paragraph three, Defendants lack sufficient information or belief to enable them to

26  admit or deny these allegations, and on that basis, deny all allegations therein.

27

28                                                  - 1 -

    DEFENDANTS SECURITY CHECK, LLC; HALL & ASSOCIATES; AND EDWARD R. HALL'S ANSWER TO
                                    PLAINTIFF'S COMPLAINT

4.    As to paragraph four, Defendants lack sufficient information or belief to enable them to admit or deny the allegations because Plaintiff's beliefs are not known by Defendants, and on that basis, deny all allegations therein.

5.    As to paragraph five, Defendants lack sufficient information or belief to enable them to admit or deny the allegations because Plaintiff's beliefs are not known by Defendants, and on that basis, deny all allegations therein.

6.    As to paragraph six, Edward R. Hall and Steven B. Rothschild are individuals and attorneys.  Defendants lack sufficient information or belief to enable them to admit or deny the remaining allegations, and on that basis, deny all allegations therein.

7.    As to paragraph seven, Defendants lack sufficient information or belief to enable them to admit or deny the remaining allegations, and on that basis, deny all allegations therein.

8.    As to paragraph eight, Defendants admit that a check was dishonored by Mr. Keyes' bank.

9.    As to paragraph nine, Defendants admit this allegation.

10.    As to paragraph ten, Defendants admit this allegation.

11.    As to paragraph eleven, Defendants are informed and believe that the allegation is true, and on that basis admit the allegation.

12.    As to paragraph twelve, Defendants deny these allegations.

13.    As to paragraph thirteen, Defendants deny these allegations.

14.    As to paragraph fourteen, Defendants deny these allegations.

15.    As to paragraph fifteen, Defendants deny these allegations.

16.    As to paragraph sixteen, Defendants deny these allegations.

17.    As to paragraph seventeen, Defendants deny these allegations.

18.    As to paragraph eighteen, Defendants deny these allegations.

19.    As to paragraph nineteen, Defendants deny these allegations.

20.    As to paragraph twenty, Defendants deny these allegations.

21.    As to paragraph twenty-one, Defendants deny these allegations.

DEFENDANTS SECURITY CHECK, LLC; HALL & ASSOCIATES; AND EDWARD R. HALL'S ANSWER TO PLAINTIFF'S COMPLAINT

22.    As to paragraph twenty-two, Defendants deny these allegations.

23.    As to paragraph twenty-three, Defendants deny these allegations.

24.    As to paragraph twenty-four, Defendants deny these allegations.

25.    As to paragraph twenty-five, Defendants deny these allegations.

26.    As to paragraph twenty-six, Defendants deny these allegations.

27.    As to paragraph twenty-seven, Defendants lack sufficient information or belief to enable them to admit or deny these allegations, and on that basis, deny all allegations therein.

28.    As to paragraph twenty-eight, Defendants lack sufficient information or belief to enable them to admit or deny these allegations, and on that basis, deny all allegations therein.

29.    As to paragraph twenty-nine, Defendants admit that a check was dishonored and in default.  Defendants lack sufficient information or belief to enable them to admit or deny these allegations, and on that basis, deny all allegations therein.

30.    As to paragraph thirty, Defendants deny these allegations.

31.    As to paragraph thirty-one, Defendants deny these allegations.

32.    As to paragraph thirty-two, Defendants deny these allegations.

33.    As to paragraph thirty-three, Defendants deny these allegations.

34.    As to paragraph thirty-four, Defendants deny these allegations.

35.    As to paragraph thirty-five, Defendants deny these allegations.

Pursuant to **Federal Rule of Civil Procedure 8(c)**, Defendants set forth the following matter constituting an avoidance or affirmative defense:

### FIRST AFFIRMATIVE DEFENSE

38.    Plaintiff's Complaint (and the causes of action alleged therein) fails to state facts sufficient to constitute a cause of action as to these answering Defendants.

### SECOND AFFIRMATIVE DEFENSE

39.    Defendants are informed and believe and thereon alleges that the Complaint, and each cause of action therein, is barred in whole or part, by the applicable 1 year jurisdictional statute of limitations period of **15 U.S.C. § 1692k(d)** (FDCPA).

- 3 -

DEFENDANTS SECURITY CHECK, LLC; HALL & ASSOCIATES; AND EDWARD R. HALL'S ANSWER TO PLAINTIFF'S COMPLAINT

1

### THIRD AFFIRMATIVE DEFENSE

2      40.     Defendants are informed and believe and thereon allege that Plaintiff was negligent,

3  careless, and/or committed intentional acts, in and about the matters alleged in the Complaint, and to

4  the extent said negligence, carelessness and/or intentional acts caused and/or contributed to his injuries

5  and/or damages.

6

### FOURTH AFFIRMATIVE DEFENSE

7      41.     Defendants are informed and believe and thereon allege that Plaintiff failed and

8  neglected to use reasonable care to protect himself and to minimize and/or mitigate the losses and/or

9  damages asserted in the Complaint.

10

### FIFTH AFFIRMATIVE DEFENSE

11      42.     Defendants allege that all its actions were taken in good faith and with a reasonable

12  belief that such actions were lawful.

13

### SIXTH AFFIRMATIVE DEFENSE

14      43.     Defendants allege that Plaintiff's Complaint, and the causes of action alleged therein, is

15  barred because the amount Defendants sought to collect for the check involved in this lawsuit was

16  expressly authorized by the agreement creating the debt.

17

### SEVENTH AFFIRMATIVE DEFENSE

18      44.     Defendants are informed and believe and thereon allege that it has no civil liability

19  under the FDCPA, **15 U.S.C. § 1692,** *et seq.*, pursuant to **15 U.S.C. § 1692k(c),** as any violation was

20  unintentional and resulted from the maintenance of procedures reasonably adopted to avoid any such

21  violation.

22

### EIGHTH AFFIRMATIVE DEFENSE

23      45.     Defendants allege that any representations or statements alleged to have been made by

24  Defendants were true, accurate at the time made, and/or otherwise were made in good faith and with a

25  reasonable belief as to their validity and accuracy.

26

### NINTH AFFIRMATIVE DEFENSE

27      46.     Defendants allege that it acted lawfully and intended to take any and all action

28

- 4 -

DEFENDANTS SECURITY CHECK, LLC; HALL & ASSOCIATES; AND EDWARD R. HALL'S ANSWER TO
PLAINTIFF'S COMPLAINT

1  contemplated, whether expressly allowed by contract or permitted by law, as represented to Plaintiff.

## TENTH AFFIRMATIVE DEFENSE

47.   Defendants allege that the amounts (including any interest, fee, charge, or expense incidental to the obligation) stated on the collection letters sent to Plaintiff were actually owed.

## ELEVENTH AFFIRMATIVE DEFENSE

48.   Plaintiff is barred from recovery because the Complaint (and the causes of action alleged therein) is barred by the Doctrine of Unclean Hands.

## TWELFTH AFFIRMATIVE DEFENSE

49.   Plaintiff's Complaint (and the causes of action alleged therein) is barred by the Doctrine of Waiver.

## THIRTEENTH AFFIRMATIVE DEFENSE

50.   Defendants allege that Plaintiff's Complaint (and the causes of action alleged therein) is barred because each of Plaintiff's claims is subject to the litigation privilege arising under federal common law.

## FOURTEENTH AFFIRMATIVE DEFENSE

51.   Defendants allege that Plaintiff's Complaint (and the causes of action alleged therein) is barred because each of Plaintiff's claims is subject to the interested person privilege arising under federal common law.

## FIFTHTEENTH AFFIRMATIVE DEFENSE

52.   Defendant alleges that Plaintiff's Complaint (and the causes of action alleged therein) is subject to set-off.

## SIXTEENTH AFFIRMATIVE DEFENSE

53.   Defendant is informed and believes and thereon alleges that all alleged intentional acts or misrepresentations alleged in Plaintiff's Complaint, and the causes of action alleged therein, were consented to by the Plaintiff.

## SEVENTEENTH AFFIRMATIVE DEFENSE.

54.   Defendants allege that Plaintiff's Complaint, and the causes of action for violation of the

1    FDCPA alleged therein, is barred by the Noerr-Pennington doctrine.

2    ### EIGHTEENTH AFFIRMATIVE DEFENSE

3        55.    Defendants hereby alleges the following affirmative defenses, including, but not limited

4    to, those set forth in **Federal Rule of  Civil Procedure 8(c)**, so as not to waive them at this time:

5    assumption of risk, duress, failure of consideration, fraud, illegality, license, res judicata, failure to join

6    an indispensable party, and abatement.

7    **WHEREFORE**, Defendants prays for:

8    1.    That Plaintiff, and each of them, take nothing by way of this action;

9    2.    That Plaintiff's Complaint be dismissed;

10   3.    That Defendants be awarded reasonable attorneys' fees and costs incurred in defending this

11       action; and

12   4.    For such other and further relief as this Court deems just and proper.

13   Dated:  September 14, 2007

14

15           Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP

16

17   By _____

18           Kimberly E. Lewellen

        Attorneys for Defendants

19           SECURITY CHECK, LLC; HALL & ASSOCIATES;

        AND EDWARD R. HALL

20

21

22

23

24

25

26

27

28

DEFENDANTS SECURITY CHECK, LLC; HALL & ASSOCIATES; AND EDWARD R. HALL'S ANSWER TO
PLAINTIFF'S COMPLAINT

**DEMAND FOR JURY TRIAL**

Defendants SECURITY CHECK, LLC; HALL & ASSOCIATES; AND EDWARD R. HALL

hereby demand a jury trial in this matter.

Dated:  September 14, 2007

ELLIS, COLEMAN, POIRIER, LAVOIE, &
STEINHEIMER LLP

By _____
Kimberly E. Lewellen
Attorneys for Defendants
SECURITY CHECK, LLC; HALL & ASSOCIATES;
EDWARD R. HALL

DEFENDANTS SECURITY CHECK, LLC; HALL & ASSOCIATES; AND EDWARD R. HALL'S ANSWER TO
PLAINTIFF'S COMPLAINT