1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DAVID KEYES, on Behalf of
Himself and All Others Similarly
            Plaintiff(s),

  v.

SECURITY CHECK, LLC; HALL &
ASSOCIATES, P.L.L.C; EDWARD R. H
           Defendant(s).
                        /

No. C C07-03598JL

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

### REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.

Dated: <u>September 14, 2007</u>

Kimberly E. Lewellen

_Kimberly E. Lewellen_
Signature

Counsel for <u>Defs: S.C.; H&A; E.R.H.</u>
(Plaintiff, Defendant, or indicate "pro se")

NDC-06