Mark E. Ellis – 127159
Kimberly E. Lewellen - 243663
Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP
555 University Avenue, Suite 200
Sacramento, CA 95825
Tel: (916) 565-0300
Fax: (916) 565-1636

Attorneys for Defendants SECURITY CHECK, LLC; HALL & ASSOCIATES; AND EDWARD R. HALL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID KEYES, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SECURITY CHECK, LLC; HALL & ASSOCIATES, P.L.L.C.; EDWARD R. HALL; and STEVEN B. ROTHSCHILD,<br><br>Defendants. | Civil Action No.: C07-03598 JL<br><br>**CERTIFICATE AND NOTICE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Defendant SECURITY CHECK, LLC; HALL & ASSOCIATES; EDWARD R. HALL, certify that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    1.    None known at this time.

Dated: September 14, 2007

                              Ellis, Coleman, Poirier, LaVoie, & Steinheimer LLP

                              By /s/ _____
                              Mark E. Ellis
                              Attorneys for Defendants
                              SECURITY CHECK, LLC; HALL & ASSOCIATES;
                              AND EDWARD R. HALL

- 1 -