UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID KEYES

    Plaintiff(s),                                        No. 07-03598 JL

    v.                                             NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

SECURITY CHECK, LLC

    Defendant(s).

_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**  (1)  One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

(2)  One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for October 24, 2007 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: September 17, 2007

                                                   Richard W. Wieking, Clerk
                                                   United States District Court

                                                   *Wings Hom*
                                                   By: Wings Hom, Deputy Clerk