**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                    General Court Number
Clerk                                                                                                             415.522.2000

**September 18, 2007**

**CASE NUMBER:  CV 07-03598 JL**
**CASE TITLE:  DAVID KEYES-v-SECURITY CHECK, LLC**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the SAN FRANCISCO division.

**Honorable PHYLLIS J. HAMILTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 09/18/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                                             Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                                     Special Projects
Log Book Noted                                                              Entered in Computer 09/18/07 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                                  Transferor CSA