UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID KEYES,

                                                    CASE NO.  07-03598 PJH
                    Plaintiff(s),

            v.                                      STIPULATION AND [PROPOSED]
SECURITY CHECK LLC, et al.,                         ORDER SELECTING ADR PROCESS

                    Defendant(s).
_____/

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
            Non-binding Arbitration (ADR L.R. 4)
            Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    ✓       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
            Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    ✓       the presumptive deadline *(The deadline is 90 days from the date of the order
            referring the case to an ADR process unless otherwise ordered. )*

            other requested deadline _____

Dated: Sept. 27. 2007                               /s/ Lawrence L. Szabo
                                                    Attorney for Plaintiff

Dated: 9/28/07

                                                    Attorney for Defendant

**[PROPOSED] ORDER**

      Pursuant to the Stipulation above, the captioned matter is hereby referred to:
            Non-binding Arbitration
            Early Neutral Evaluation (ENE)
            Mediation
            Private ADR

      Deadline for ADR session
            90 days from the date of this order.
            other

IT IS SO ORDERED.


Dated:_____    _____

                                     UNITED STATES MAGISTRATE JUDGE