UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: October 11, 2007                                    JUDGE: Phyllis J. Hamilton

Case No: C-07-3598 PJH

Case Name: David Keyes v. Security Check, LLC, et al.

Attorney(s) for Plaintiff:    Lawrence L. Szabo
Attorney(s) for Defendant:    Kimberly Lewellen

**Deputy Clerk**: Nichole Heuerman                        **Court Reporter**: Not Reported

PROCEEDINGS

Initial Case Management Conference-Held. The court sets a pretrial schedule.

**REFERRALS:**

[x] Case referred to ADR for Mediation to be completed within 90 days.

**PRETRIAL SCHEDULE:**

Last Day to Amend the Pleadings: 3/31/08
Non Expert Discovery cutoff: 5/30/08
Expert disclosure: 4/2/08; Rebuttal 4/23/08
Expert discovery cutoff: 5/30/08
Dispositive Motions heard by: 8/13/08
Pretrial Conference: 11/13/08 at 2:30 p.m.
Trial: 12/15/08 at 8:30 a.m., for 4 days, by [x] Jury  [] Court

**Order to be prepared by:**   [] Pl [] Def  [x] Court

**Notes:**

**cc:** file; ADR