Lester A. Perry (Utah Bar 2571)
Hoole & King
4276 South Highland Drive
Salt Lake City, Utah 84124
Telephone: (801) 272-7556
Facsimile: (801) 272-7557
lap@hooleking.com

Lawrence L. Szabo (Cal. Bar 83974)
3608 Grand Avenue
Oakland, CA  94610
Telephone: (510) 834-4893
Facsimile: (510) 834-9220
szabo@sbcglobal.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KEYES, on and behalf of himself and all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SECURITY CHECK, LLC; HALL & ASSOCIATES, P.L.L.C.; EDWARD R. HALL; and STEVEN B. ROTHSCHILD<br><br>Defendants. | **Certificate of Service**<br><br><br>Civil No.  CV 07-03598 PJH |

1

I certify that true and correct copies of **Plaintiff's First Set of Interrogatories, Requests for Production and Requests for Admissions to Hall & Associates, PLLC, Edward R. Hall and Steven B. Rothschild** in Case No. 07-03598 PJH were sent, via e-mail, to the following defendant's counsel on the 25th day of October, 2007.

Mark Ewell Ellis
Kimberly Elizabeth Lewellen
ELLIS COLEMAN POIRIER
LAVOIE & STEINHEIMER LLP
555 University Avenue, Suite 200
Sacramento, CA   95825

                Hoole & King

                /s/ Lester A. Perry
                Lester A. Perry
                Attorney for the plaintiff.

                Lawrence L. Szabo
                Attorney for the plaintiff.