# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

E-filing

DAVID KEYES, on Behalf of Himself and All
Others Similarly Situated,

V.

SECURITY CHECK, LLC; HALL &
ASSOCIATES, P.L.L.C.; EDWARD R. HALL; and
STEVEN B. ROTHSCHILD,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07-03598  JL  ADR

TO: (Name and address of defendant)

STEVEN B. ROTHSCHILD
560 Route 303, Ste. 209
Orangeburg, New York, 10962

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAWRENCE L. SZABO (Cal. Bar No. 83974)
3608 Grand Avenue
Oakland, CA 94610

HOOLE & KING
Lester A. Perry (Utah Bar No.2571)
4276 South Highland Drive
Salt Lake City, Utah 84124

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUL 11 2007

Richard W. Wieking
CLERK

DATE

(BY) DEPUTY CLERK