AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]     DATE  Sept 26 2007 @ 12:15pm |
| Name of SERVER  Daniel Knight     TITLE  Process Service |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ actual place of business with a person of suitable age and discretion then ~~residing~~ employed therein.
Name of person with whom the summons and complaint were left: Tanisha Smoot

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/24/07
Date

Signature of Server Daniel Knight
PO Box 60 West Haven NY
Address of Server

WENDY RESNICK
Notary Public, State of New York
No. 01RE5007464
Qualified in Westchester County
Commission Expires Oct. 15, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

INDEX # : C07-03598
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF** _____
**DISTRICT:** NORTHERN DISTRICT OF CALIFORNIA

Attorneys: JENNIFER SFERRAZZA RELIANT COURT SERVIES INC.    PH: 1-800-306
Address: 600 JOHNSON AVENUE, SUITE E4 BOHEMIA NY 11716    File No.: _____

*DAVID KEYES, ETC.*

*Plaintiff(s)/Petitioner(s)*

vs

*SECURITY CHECK, LLC, ET AL*

*Defendant(s)/Respondent(s)*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

_____Daniel Knight_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __September 26, 2007__ at __12:15PM__, at ___747 CHESTNUT RIDGE RD. SUITE 200, SPRING VALLEY, NY 10977___, deponent served the within ___SUMMONS, COMPLAINT AND RELATED DOCUMENTS___

on: ___**STEVEN B. ROTHSCHILD**___, ___**Defendant**___ therein named.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2** [ ]  By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the , and authorized to accept service on behalf of the .

**#3 SUITABLE AGE PERSON** [X]  By delivering a true copy of each to ___TANISHA SMOOT___ a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business    [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business    [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

**#5 MAIL COPY** [X]  On ___September 27, 2007___, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail # _____

**#6 DESCRIPTION** [X] (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: __Female__   Color of skin: __Black__   Color of hair: __Black__   Age: __20 - 30 Yrs.__   Height: __5' 4" - 5' 8"__
Weight: __100 - 130 Lbs.__   Other Features: _____

**#7 WIT. FEES** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** [ ]  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** [ ]  The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER** [ ]

Sworn to before me on ___September 27, 2007___

JAZMIN PATINO
COMMISIONER OF DEEDS
City of New York No. 2-12385: New York County
Commission Expires on June 1, 2008

Daniel Knight
Server's Lic # _____
Invoice/Work Order # 07025098

*RELIANT COURT SERVICES*