```
 1  Mark E. Ellis - 127159
    Kimberly E. Lewellen - 243663
 2  ELLIS, COLEMAN, POIRIER, LaVOIE
      & STEINHEIMER, LLP
 3  555 University Avenue, Suite 200
    Sacramento, CA  95825
 4  Telephone:   (916) 283-8820
    Facsimile:   (916) 283-8821
 5
 6  Attorneys for Defendants SECURITY CHECK, LLC; HALL & ASSOCIATES; AND EDWARD R.
    HALL
 7
```

FILED

NOV 26 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID KEYES, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>SECURITY CHECK, LLC; HALL & ASSOCIATES, P.L.L.C.; EDWARD R. HALL; and STEVEN B. ROTHSCHILD,<br><br>    Defendants. | Case No.: CV 07-03598 PJH<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S COMPANY REPRESENTATIVE TO APPEAR AT THE ENE SESSION TELEPHONICALLY<br><br>DATE:   DECEMBER 7, 2007<br>TIME:   10:00 A.M. |

The Court hereby grants defendant's request and orders that the representative of Security Check, LLC, Mr. James P. Wilson, Jr., and the representative of Hall & Associates, Edward R. Hall, be excused from personal appearance at the December 7, 2007 mediation. Security Check's representative and Hall & Associates representative are required to be ~~immediately available by~~ on the telephone for the duration of the mediation.

IT IS SO ORDERED.

Date: 11-26, 2007

/s/ Wayne D. Brazil
WAYNE D. BRAZIL
Magistrate Judge
United States District Court

- 1 -