```
 1 | Mark E. Ellis - 127159
   | Kimberly E. Lewellen - 243663
 2 | ELLIS, COLEMAN, POIRIER, LaVOIE
   |   & STEINHEIMER, LLP
 3 | 555 University Avenue, Suite 200
   | Sacramento, CA  95825
 4 | Telephone:    (916) 283-8820
   | Facsimile:    (916) 283-8821
 5 |
   | Attorneys for Defendants SECURITY CHECK, LLC; HALL & ASSOCIATES; AND EDWARD R.
 6 | HALL
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID KEYES, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>SECURITY CHECK, LLC; HALL & ASSOCIATES, P.L.L.C.; EDWARD R. HALL; and STEVEN B. ROTHSCHILD,<br><br>    Defendants. | Case No.: CV 07-03598 PJH<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S COMPANY REPRESENTATIVE TO APPEAR AT THE ENE SESSION TELEPHONICALLY<br><br>DATE:    JANUARY 7, 2008<br>TIME:    10:00 A.M. |

    The Court hereby grants defendant's request and orders that the representative of Security Check, LLC, Mr. James P. Wilson, Jr., and the representative of Hall & Associates, Edward R. Hall, excused from personal appearance at the January 7, 2008 mediation.  Security Check's representative and Hall & Associates representative are required to be immediately available by telephone for the duration of the mediation.

    IT IS SO ORDERED.

Date: 12/30, 2007

_____
WAYNE D. BRAZIL
Magistrate Judge
United States District Court

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANTS' COMPANY REPRESENTATIVES TO APPEAR AT THE
MEDIATION TELEPHONICALLY