# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Keyes,<br><br>       Plaintiff(s),<br><br>v.<br><br>Security Check LLC,<br><br>       Defendant(s). | No. C 07-03598 PJH MED<br><br>**Certification of ADR Session** |

*Instructions:* *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _January 7, 2008_

2. Did the case settle?  ☒ fully  ☐ partially  ☐ no

3. If the case did not settle fully, is any follow-up contemplated?
   - ☐ another session scheduled for (date) _____
   - ☐ phone discussions expected by (date) _____
   - ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: _1/21/08_

Mediator, Gregory D. Walker
Attorney/Mediator/Arbitrator
6114 La Salle Ave., #440
Oakland, CA 94611-2802

Certification of ADR Session
07-03598 PJH MED