1  LAWRENCE L. SZABO (CASB No. 83974)
   ATTORNEY AT LAW
2  3608 Grand Avenue
   Oakland, CA 94610
3  Telephone: 510/834-4893
   510/834-9220 (fax)
4
   Attorney for Plaintiff
5  DAVID KEYES

6  Mark E. Ellis - 127159
   June D. Coleman - 191890
7  ELLIS, COLEMAN, POIRIER, LAWVOIE & STEINHEIMER LLP
   555 University Avenue, Suite 200 East
8  Sacramento, CA 95825
   Telephone:   (916) 283-8820
9  Facsimile:   (916) 283-8821

10 Attorneys for Defendants SECURITY CHECK, LLC; HALL & ASSOCIATES; AND
   EDWARD R. HALL.
11

12

13                    UNITED STATES DISTRICT COURT

14        FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

15

16 | DAVID KEYES, on Behalf of Himself and All  | No.: CV 07-03598 PJH
17 | Others Similarly Situated,                 | **STIPULATION OF DISMISSAL OF**
   |                                            | **ACTION AGAINST APPEARING**
18 |                Plaintiff,.                 | **DEFENDANTS, WITH PREJUDICE**
19 | v.
20 | SECURITY CHECK, LLC; HALL
   | ASSOCIATES, P.L.L.C.; EDWARD R. HALL;
21 | and STEVEN B. ROTHSCHILD,
22 |
   |                Defendants.
23 | _____/

24

25

26     IT IS HEREBY STIPULATED by and between plaintiff David Keyes and defendants

27 SECURITY CHECK, LLC; HALL & ASSOCIATES, P.L.L.C. and EDWARD R. HALL, that

28 plaintiff's action against defendants SECURITY CHECK, LLC; HALL & ASSOCIATES, P.L.L.C.

- 1 -

STIPULATION OF DISMISSAL OF ACTION AGAINST APPEARING DEFENDANTS, WITH PREJUDICE

and EDWARD R. HALL, only, and not STEVEN B. ROTHSCHILD, shall be dismissed, with prejudice, pursuant to FRCP 41(a).

Dated: March 12, 2008         LAW OFFICE OF LAWRENCE L. SZABO
                              By:     /s/ Lawrence L. Szabo
                                  Lawrence L. Szabo
                                  Attorneys for Plaintiff
                                  DAVID KEYES

Dated: March 12, 2008

                              ELLIS, COLEMAN, POIRIER, LaVOIE
                              & STEINHEIMER, LLP

                              By /s/
                                  Mark E. Ellis
                                  Attorneys for Defendants
                                  SECURITY CHECK, LLC; HALL & ASSOCIATES,
                                  P.L.L.C. and EDWARD R. HALL

- 2 -

STIPULATION OF DISMISSAL OF ACTION AGAINST APPEARING DEFENDANTS, WITH PREJUDICE