1  LAWRENCE L. SZABO (CASB No. 83974)
   ATTORNEY AT LAW
2  3608 Grand Avenue
   Oakland, CA 94610
3  Telephone: 510/834-4893
   510/834-9220 (fax)
4
   Attorney for Plaintiff
5  DAVID KEYES

6  Mark E. Ellis - 127159
   June D. Coleman - 191890
7  ELLIS, COLEMAN, POIRIER, LAWVOIE & STEINHEIMER LLP
   555 University Avenue, Suite 200 East
8  Sacramento, CA  95825
   Telephone:     (916) 283-8820
9  Facsimile:     (916) 283-8821

10 Attorneys for Defendants SECURITY CHECK, LLC; HALL & ASSOCIATES; AND
   EDWARD R. HALL.
11

12

13                       UNITED STATES DISTRICT COURT

14           FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

15

16 | DAVID KEYES, on Behalf of Himself and All Case | No.: CV 07-03598 PJH
17 | Others Similarly Situated,
                                                     **STIPULATION OF DISMISSAL OF
                                                     ACTION AGAINST APPEARING
18 |             Plaintiff,.                         DEFENDANTS, WITH PREJUDICE
                                                     AND ORDER**
19 | v.

20 | SECURITY CHECK, LLC; HALL
   | ASSOCIATES, P.L.L.C.; EDWARD R. HALL;
21 | and STEVEN B. ROTHSCHILD,

22
   |             Defendants.
23 |_____/

24

25
        IT IS HEREBY STIPULATED by and between plaintiff David Keyes and defendants
26
   SECURITY CHECK, LLC; HALL & ASSOCIATES, P.L.L.C. and EDWARD R. HALL, that
27
   plaintiff's action against defendants SECURITY CHECK, LLC; HALL & ASSOCIATES, P.L.L.C.
28

- 1 -

STIPULATION OF DISMISSAL OF ACTION AGAINST APPEARING DEFENDANTS, WITH PREJUDICE

and EDWARD R. HALL, only, and not STEVEN B. ROTHSCHILD, shall be dismissed, with prejudice, pursuant to FRCP 41(a).

Dated: March 12, 2008        LAW OFFICE OF LAWRENCE L. SZABO
                             By:    /s/ Lawrence L. Szabo
                                 Lawrence L. Szabo
                                 Attorneys for Plaintiff
                                 DAVID KEYES

Dated: March 12, 2008

                             ELLIS, COLEMAN, POIRIER, LaVOIE
                             & STEINHEIMER, LLP

                             By /s/
                                 Mark E. Ellis
                                 Attorneys for Defendants
                                 SECURITY CHECK, LLC; HALL & ASSOCIATES,
                                 P.L.L.C. and EDWARD R. HALL

DATED:  March 14, 2008

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL OF ACTION AGAINST APPEARING DEFENDANTS, WITH PREJUDICE