1  LAWRENCE L. SZABO (CASB No. 83974)
   ATTORNEY AT LAW
2  3608 Grand Avenue
   Oakland, CA 94610
3  Telephone: 510/834-4893
   510/834-9220 (fax)
4
   Attorney for Plaintiff
5  DAVID KEYES

6

7

8                UNITED STATES DISTRICT COURT

9      FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

10

11 DAVID KEYES, on Behalf of Himself and All          No.: CV 07-03598 PJH
   Others Similarly Situated,
12
13          Plaintiff,
14 v.
15 SECURITY CHECK, LLC; HALL &
   ASSOCIATES, P.L.L.C.; EDWARD R. HALL;
16 and STEVEN B. ROTHSCHILD,
17          Defendants.
18

19   __REQUEST FOR ENTRY OF DEFAULT AND DECLARATION OF LAWRENCE L.__
20        __SZABO IN SUPPORT OF ENTRY OF DEFAULT__

21     To:      Richard W. Wieking, Clerk, United States District Court for the Northern District of
22              California

23     Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, please enter the default of the

24 Defendant STEVEN B. ROTHSCHILD, who has failed to plead or otherwise defend.

25 Dated: March 14, 2008                    ___/s/_____
26                                          LAWRENCE L. SZABO
                                            Attorney for Plaintiff, David Keyes
27

28

REQUEST FOR ENTRY OF DEFAULT AND DECLARATION OF
LAWRENCE L. SZABO IN SUPPORT OF ENTRY OF DEFAULT
PAGE 1

1

## DECLARATION OF LAWRENCE L. SZABO IN SUPPORT OF ENTRY OF DEFAULT

2

3     1.  On July 11, 2007, the Court issued a Summons to Stephen B. Rothschild, a defendant in

4     this action.

5     2.   On September 26, 2007, defendant Rothschild was served with the Summons, Complaint

6     and related documents.

7     3.  Plaintiff filed the Summons, an Affidavit of Service and Return of Service on October 25,

8     2007 [Docket # 21].

9     3. To date, defendant Rothschild has not filed an answer or a responsive pleading.

10

11     I declare under penalty of perjury that the foregoing is true and correct.  Executed the 14th day

12     of March 2008, at Oakland, California.

13

14                                                   __/s/_____
                                                     LAWRENCE L. SZABO
15                                                   Attorney for Plaintiff, David Keyes

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR ENTRY OF DEFAULT AND DECLARATION OF
LAWRENCE L. SZABO IN SUPPORT OF ENTRY OF DEFAULT
PAGE 2