UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID KEYES,

    Plaintiff(s),                            No. C 07-3598 PJH

  v.                                     **CLERK'S NOTICE**

SECURITY CHECK, LLC, et al.,

    Defendant(s).

_____/

    YOU ARE HEREBY NOTIFIED that the Pretrial Conference and Trial dates in the above referenced matter are VACATED. The HONORABLE PHYLLIS J. HAMILTON will conduct a case management conference on May 22, 2008 at 2:30 p.m., in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California. The case management conference shall remain on calendar until the issue re: default of Steven Rothschild is resolved.

Richard W. Wieking
Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: March 20, 2008