**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

March 21, 2008

RE:  CV 07-03598 PJH        DAVID KEYES-v- SECURITY CHECK, LLC

Default is entered as to Defendant **Steven B. Rothschild** on March 21, 2008.

RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by Felicia Reloba  
Case Systems Administrator

NDC TR-4  Rev. 3/89