```
LAWRENCE L. SZABO (Cal. Bar No. 83974)
3608 Grand Avenue
Oakland, CA 94610
Tele: 510-834-4893
Fax: 510-834-9220
szabo@sbcglobal.net

HOOLE & KING
Lester A. Perry (Utah Bar No.2571)
4276 South Highland Drive
Salt Lake City, Utah 84124
Tele: 801-272-7556
Fax: 801-272-7557
lap@hooleking.com
```

Attorneys for Plaintiff, David Keyes

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KEYES, on Behalf of Himself and All Others Similarly Situated, | No.: CV 07-03598 PJH |
| Plaintiff, | |
| vs. | Date: May 22, 2008 |
| SECURITY CHECK, LLC; HALL & ASSOCIATES, P.L.L.C.; EDWARD R. HALL; and STEVEN B. ROTHSCHILD, | Time: 2:30<br>Place: Courtroom 3, 17th Floor, 450 Golden Gate Ave., San Francisco, CA |
| Defendants. | |

## PLAINTIFF'S CASE MANAGMENT CONFERENCE STATEMENT

Plaintiff David Keyes submits the following Case Management Conference Statement:

Plaintiffs filed this action against Defendant Steven B. Rothschild and the other named defendants on July 11, 2007, seeking damages for violation of the Fair Debt Collection Practices Act, 15 USC 1692 *et seq*. Defendants Security Check, LLC, Hall & Associates, P.L.L.C. and Edward R. Hall filed answers to the complaint. Plaintiff properly served defendant Rothschild with the summons, complaint and related documents on September 26, 2007. Defendant Rothschild did

1  not file an answer or otherwise respond to the complaint.

2      Plaintiff settled with the appearing defendants to the action, and a stipulation of dismissal of against the appearing defendants was filed on March 12, 2008. The Court ordered the dismissal of the case against the appearing defendants on March 14, 2008. Plaintiff requested entry of the default of Defendant Steven B. Rothschild on March 14, 2008, whereupon the Clerk of Court entered Rothschild's default on March 21, 2008.

      Plaintiff has filed a motion for entry of default judgment. Plaintiff anticipates that the resolution of the motion will conclude this case.


Dated: May 15, 2008        /s/ _____
                           LAWRENCE L. SZABO
                           Attorney for Plaintiff, DAVID KEYES

PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT,
PAGE 2

KEYES v. SECURITY CHECK, NO. 07-03598 PJH