UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID KEYES,

    Plaintiff,　　　　　　　　　　　No. C 07-3598 PJH

    v.　　　　　　　　　　　　　　　**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

SECURITY CHECK, LLC, et al.,

    Defendants.
_____/

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's Motion for Default Judgment.

    The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

    IT IS SO ORDERED.

Dated: May 16, 2008

                                                  _____
                                                 PHYLLIS J. HAMILTON
                                                 United States District Judge

cc: Wings, Assigned M/J, counsel of record