UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID KEYES,

    Plaintiff(s),　　　　　　　　　　No. C 07-3598 PJH

  v.　　　　　　　　　　　　　　　　**CLERK'S NOTICE**

SECURITY CHECK, LLC, et al.,

    Defendant(s).
_____/

    YOU ARE HEREBY NOTIFIED that on **September 4, 2008** at **2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the Case Management Conference **previously noticed for** May 22, 2008 , in this matter.  A case management conference statement shall be filed by August 28, 2008.

Richard W. Wieking
Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated:  May 19, 2008